UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-60354-WPD

ZOILA HAON, on behalf of herself
and all others similarly situated,

    Plaintiff

vs.

AROMA MARKET AND CATERING, INC.
a Florida Profit Corporation, AROMA BOCA, INC.,
a Florida Profit Corporation, MEIR YALOZ, individually
and GIL RIBAK, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal with Prejudice, filed March 8, 2022. [DE 45]. The Court has reviewed the Joint Motion and the settlement agreement, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [DE 45] is **GRANTED**;

2. The settlements of Plaintiffs' Fair Labor Standards Act ("FLSA") claims against Defendants are approved as fair and reasonable compromises of those claims.

3. This action is hereby **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of March, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:  Counsel of record